UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE TANCZOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION GROUP WELFARE BENEFIT PLAN,<br><br>　　　　　Defendants. | No. 1:16-cv-01896-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. No. 8) |

On February 2, 2017, the parties filed a stipulation to transfer this action to the Central District of California. (Doc. No. 8.) Pursuant to 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." According to the stipulation before the court, the parties agree that plaintiff erroneously commenced this action in this district, and that venue is proper in the Eastern Division of the Central District of California pursuant to 29 U.S.C. 1132(e)(2). (Doc. No. 8.) Finding good cause and in the interests of justice, the court will transfer this action to the U.S. District Court for the Central District of California in keeping with the parties' stipulation.

/////

1

Accordingly,

1. The parties' stipulation to transfer this action to the Central District of California (Doc. No. 8) is granted;

2. The Clerk of the Court is directed to transfer this action to the United States District Court for the Central District of California as soon as reasonably possible; and

3. The initial scheduling conference, currently set for March 21, 2017 before Magistrate Judge Erica P. Grosjean, is vacated.

IT IS SO ORDERED.

Dated: **February 9, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE