# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SUSIE TANCZOS,<br><br>          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | Case No. 5:17-cv-00245-JGB-SP<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Upon consideration of the Parties' Stipulation for dismissal of this action with prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 10, 2017

Honorable Jesus G. Bernal
United States District Court Judge